**Motion Granted; Order filed December 5, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00596-CR
_____

**FREDERICK ONFRI, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1391851**

---

## O R D E R

The clerk's record was filed October 28, 2013. On November 26, 2013, appellant filed a motion to supplement the clerk's record requesting the clerk's files in trial court cause numbers 1354944 and 1354945. *See* Tex. R. App. P. 34.5(c).

The Harris County District Clerk is directed to file a supplemental clerk's record on or before January 6, 2014, containing the clerk's record requesting the clerk's files in trial court cause numbers 1354944 and 1354945.


PER CURIAM